UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Randy L. Lawrence,                     )
                    Plaintiff,         )
                                       )
          v.                           )          **JUDGMENT**
                                       )
Carolyn W. Colvin,                     )          No. 2:14-CV-66-BO
*Acting Commissioner of Social Security*,  )
                    Defendant.          )
                                       )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's motion for judgment on the pleadings [DE 22] is GRANTED, defendant's motion for judgment on the pleadings [DE 26] is denied, and the matter is REMANDED to the Commissioner for further proceedings consistent with this decision.

This case is closed.

**This judgment filed and entered on November 25, 2015, and served on:**

Laurie Lynn Janus (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)
Roberto F. Famirez (via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)

November 25, 2015                          JULIE RICHARDS JOHNSTON, CLERK

                                           _____
                                           By: Deputy Clerk